# EXHIBIT 5

## DECLARATION OF JENIFER MCGUIRE, Ph.D.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ASHTON WHITAKER, a minor, by his
mother and next friend, MELISSA
WHITAKER,

        Plaintiff,

    v.

KENOSHA UNIFIED SCHOOL DISTRICT
NO. 1 BOARD OF EDUCATION and SUE
SAVAGLIO-JARVIS, in her official capacity
as Superintendent of the Kenosha Unified
School District No. 1,

        Defendants.

Civ. Action No. 2:16-cv-00943-PP
Judge Pamela Pepper

## Declaration of Jenifer McGuire, Ph.D.

### Preliminary Statement

1.     My name is Jenifer McGuire, Ph.D. I have been an Associate Professor (with tenure) of Family Social Science in the College of Education and Human Development, University of Minnesota, Twin Cities Campus, St. Paul, Minnesota, since July 2014. University of Minnesota, Twin Cities Campus is a leading research-intensive public institution in the United States. I was previously an Associate Professor of Human Development at Washington State University in Pullman, Washington, from 2006 to July 2014. In this research-intensive university, I am a tenured professor engaged in a considerable research agenda, as well as teaching and community extension activities. The information provided regarding my professional background, experiences, publications, and presentations are detailed in my curriculum vitae. This is included as an accurate and true copy and is attached as Ex. A to this declaration.

2.	I earned my Ph.D. in Human Development and Family Studies at The University of Arizona, 2003. I additionally earned a Master's of Science in Human Development and Family Studies, 1998, and a Master's in Public Health, 2001, also at The University of Arizona.

3.	I am a social scientist who studies the development of individuals within contexts. I have done extensive research on transgender youth and schools, as described in more detail below. I am not a clinical provider. My empirical research areas include development of the person over the lifespan, adolescent development, parent-adolescent relationships, program evaluation and adolescent sexuality. I employ both qualitative and quantitative research designs using statistics programs such as SAS, SPSS, and M-Plus to analyze large scale data sets.

4.	I specifically have extensive research background in transgender youth studies. My post-doctoral position focused on the school climate for lesbian, gay, bisexual, transgender and queer (LGBTQ) youth, and from that I developed a specific focus area on transgender youth. I visited and collected data with transgender youth in community centers in nine U.S. cities, Canada, and Ireland. I also completed a one-year visiting scientist appointment at the Center for Expertise in Gender Dysphoria at the Vrije University Medical Center (VUMC) in Amsterdam, NL. My research specifically with transgender youth has included large school-based surveys, focus groups in community youth centers, work with secondary datasets, in depth individual interviews, and work with medical records data. I have published over 35 journal articles and book chapters, with 20 of those being LGBTQ-specific (and 15 transgender-specific). Recently, I have consulted with the Minnesota Department of Education in research and curricular inclusion for transgender youth, as well as the Center for Sexual Health, Transgender Clinic at the University of Minnesota.

2

5.      I have been engaged by counsel for Ash Whitaker and his mother, Melissa Whitaker, to provide an evaluation of the negative consequences to Ash as a result of his treatment in his school setting in Kenosha Unified School District (KUSD) in relation to Ash's status as a transgender boy based on the social science regarding transgender youth in schools. I have actual knowledge of the matters stated in this declaration. I was compensated $1,200 to prepare this report and will be paid $150/hour for any additional services or testimony. My compensation does not depend on the outcome of this case, the opinions I express, or the testimony I provide.

6.      My evaluation activities are separate from and unrelated to my position at the University of Minnesota. Evidence in this report in no way reflects the opinion or positions of the University of Minnesota.

7.       For this declaration, I reviewed the relevant developmental research literature and applied my knowledge of that literature to the unique developmental concerns of Ash. Research articles are taken from respected, peer reviewed, scientific journals in the areas of lifespan development, family studies, developmental psychology, education and public health. Some studies are specific to transgender or gender nonconforming youth, and other studies examine LGBTQ students as a group. In the text, reference is made to the population of each study using labels of sexual and gender minority (LGBTQ), sexual minority (LGB), transgender, or gender non-conforming. To the greatest extent possible, labels are used consistently with the study they come from, while also working to consistently identify populations throughout this declaration. A list of the research literature I relied upon in preparing this declaration is attached as Ex. B.

**Factual Background**

8.      I have been provided a copy of the complaint recently filed in the United States District Court, Eastern District of Wisconsin, titled: *A.W. v. Kenosha Unified School District*, Civil Action No. 2:16-cv-00943. This complaint contains an extensive factual summary of Ash's

3

experiences in school. I have gathered additional facts from Ash and his mother, via a telephone interview I conducted with two of his attorneys. I have also reviewed the expert declaration and clinical assessment of Ash by Stephanie Budge, Ph.D. I will assume the facts in the complaint, the additional facts obtained from Ash and his mother, and the facts contained in Dr. Budge's report are true for purposes of this analysis.

9.     The following report utilizes the facts of this specific case, in conjunction with existing developmental research regarding transgender youth, to render an opinion as to whether KUSD's failure to fully include and support transgender students (including use of restrooms consistent with their gender identity) contributes to developmental harm for those students and specifically Ash, and whether KUSD's policies and practices would impact the functioning of all students. This report also explains the processes of medical intervention with gender-variant youth to clarify why reliance on medical milestones as a prerequisite to providing equal treatment consistent with gender identity is developmentally inappropriate and financially discriminatory.

**<u>Relevant Research Findings</u>**

10.     My review of the research reveals three general findings:

    a.   Negative school climates are harmful to transgender youth.

    b.   Schools with inclusive practices experience benefits for all students in attendance, achievement, and sense of safety.

    c.   Transgender and gender variant youth may not have access to hormonal medical care due to the exorbitant cost, and are often not eligible for surgical care until age 18.

4

## Minority Stress as a Guiding Framework

11.     A minority stress framework describes the negative impact that environmental conditions have on a person with a minority (or reduced power) status within a system. Meyer (2003) elucidated this framework for LGB persons. Since then a minority stress framework has dominated the research and understanding of LGBTQ health and well-being disparities. Simply stated, the enacted stigma of discrimination and differential treatment wears away at the resilience of an individual, and becomes internalized through processes such as concealment of identity or internalized shame. These processes put LGBTQ persons at risk for negative outcomes, and explain the discrepancy in well-being between LGBTQ persons and their heterosexual, cisgender (i.e., non-transgender) counterparts. In 2013, Bockting further developed the concepts of minority stress specifically for transgender persons. The minority stress model has proved to be an incredibly powerful and effective tool in helping to understand why LGBTQ persons fare worse than their non-LGBTQ counterparts.

## Educational Harm to Ash Whitaker as a Result of the School's Actions

12.     Ash reports a significant history of punitive and limiting interactions with school personnel including being threatened with discipline, being separated from peers, having unwanted attention drawn to his transgender status, and a social media page hosted by a school volunteer that includes derogatory comments about him and his mother alongside arguments against schools treating transgender students equally.

13.     Ash reports specific harm as a result of these actions. For instance, his academics suffer after he is pulled out of class and disciplined, or otherwise singled out. He is made to feel that he does not have the same worth as other students because he is required to walk a good distance out of his way simply to use the toilet. The notoriety of his situation resulting from the

5

school's actions has caused other students and personnel to start asking him invasive personal and medical questions, which he finds exhausting. He has been directly limited in opportunities for relationships and socialization with other students because he was required to be housed individually at orchestra camp and restricted to single-user restrooms. He is uncomfortable and risking his physical health when he waits hours or all day to use the toilet. Generally, he is also thrust into the position of constantly being a social advocate, which limits his opportunities for social interactions or relationships about things other than his gender identity.

14.     School climates are an important contributor to the possible negative outcomes faced by transgender youth, specifically in the risks for mental health problems, victimization, school truancy or dropout, criminal justice involvement and suicide attempts. A growing body of evidence documents the harm caused to transgender students when they experience the kinds of negativity and social stigma to which Ash has been exposed. The National Research Council has concluded from decades of research that a safe learning environment is a key component of positive youth development, (Eccles & Gutman, 2002).

15.     Studies have consistently reported a high rate of negative and victimizing behaviors towards transgender youth in schools (McGuire, Anderson, Toomey, & Russell, 2010; Greytak, Kosciw, & Diaz, 2009; Greytak, & Kosciw, 2013, Toomey, Ryan, Diaz, Card, & Russell, 2013). Some studies have also reported that school personnel can often contribute to the negativity and engage in harassment (McGuire, et al., 2010; Greytak & Kosciw, 2013). Evidence shows that adults often engage in harassing or unwelcoming gestures, which contribute to educational disparities (Greytak & Kosciw, 2013). Other sources of negativity from school officials include increased use of disciplinary practices aimed at LGBTQ students (Snapp, Hoenig, Fields, & Russell, 2015; Poteat, Mereish, & Birkett, 2015). Sexual and gender minorities

experience disproportionately greater discipline, which contributes to criminalization and involvement with the criminal justice system, contributing to what has been termed the school-to-prison pipeline (Snapp et al., 2015). Many experience discipline for gender non-conformity in the form of things like wearing opposite gender clothing or makeup, showing affection to someone who appears as the same gender, or grouping with the preferred gender for activities. (Snapp et al., 2015). Poteat, Scheer, and Chong (2016) found that sexual minority youth experienced disproportionate disciplinary responses from school personnel.

16.     Each of these studies is illustrative of and consistent with the experiences Ash reports. Ash described difficulty concentrating on academics after "being pulled out of class and lectured" which is consistent with the inhibited learning students often experience in uncomfortable environments (Eccles and Gootman, 2002). He described being uniquely targeted for discipline in that administrators and security staff were told to carefully watch students' use of restrooms in a thinly veiled attempt to single him out for scrutiny and surveillance and punish his restroom use. He was threatened with detention and/or suspension if he continued to use the boys' restroom, despite the fact that he had been using the boys' restroom for seven months prior with not a single concern or incident. Repeatedly, Ash shared examples of student acceptance contrasted with personnel (administrative or staff) engaging in rejecting, isolating or punitive actions based on his transgender status. Consistent with other reports in the research, Ash reported discipline or generally being singled out for disparate treatment for ordinary student activities such as using the restroom, running for prom king, or wanting to share a suite with people he knows at orchestra camp. He was denied the opportunity to do these typical things based solely on his transgender status, and then faced possible discipline if he did them anyway.

7

17.     The experience of a negative climate has profound implications for student well-being. In most studies, it is victimization exposure rather than sexual orientation or gender identity alone that accounts for differences in well-being between LGBTQ students and heterosexual cisgender students. More discrimination is associated with more distress. Specifically, discrimination contributes to shame, loneliness, and interferes with close connection to peers and the LGBTQ community, which in turn increases distress. (Mariesh and Poteat, 2015). Another study found differences between LGBTQ and non-LGBTQ students in truancy, achievement and graduation, however, when they included the role of victimization in the model, there were smaller or no differences between LGBTQ and non-LGBTQ students in truancy, achievement or graduation. (Snapp, et al., 2015). Further studies have confirmed that it is victimization that is associated with reduced grades, more truancy, and increased health risk behavior. In fact, when victimization is accounted for, LGBTQ students are similar to their non-LGBTQ counterparts in grades, truancy and health risk behavior (Russell, Ryan, Toomey, Diaz, & Sanchez, 2011). Taken together, the converging evidence reveals that problems that LGBTQ students report in well-being have little to do with being LGBTQ, and more to do with the victimization they experience at school. Longer term studies confirm that it is experiences of victimization that predict young adult psychosocial difficulties as well, and that when adolescent victimization is accounted for there are not differences in psychosocial well-being for gender non-conforming (Toomey et al., 2013) and LGBTQ (Russel, DP) young adults. Viewed from another vantage, these data suggest that if we can eliminate victimization of LGBTQ adolescents, we should see reduction in the young adult mental and physical health problems reported by this population. The most current research is finding a similar pattern of risks based on victimization specifically among transgender and gender non-conforming youth. In a large

8

(5,500) survey of high school students, gender minority students reported increased substance use. However, when victimization was accounted for, there were no longer differences in substance use. Thus it is experiences of victimization, and not transgender status that puts someone at risk for substance use (Reisner, Greytak, Parson, & Ybarra, 2015). Current studies report that 41% of transgender adults report a history of a suicide attempt (Haas, Rodgers, Herman, 2014), and increasing evidence finds that this outcome is likely to be a byproduct of the extensive victimization to which transgender people are routinely exposed (Glodblum, Testa, Pflum, Hendricks, Bradford, & Bongar, 2012).

18.     The experiences Ash reports regarding social isolation—for example, at the orchestra camp—are consistent with other studies' findings about missed opportunities for social development. He reports that since the school began to single him out for differential treatment from other boys, many of his peers went from unquestioning acceptance of him as a boy and treating his transgender status as a "non-issue" to significantly greater curiosity and questioning, leading him to feel scrutinized and viewed as notably different from other students. He also reports that he lost "some friends" when he transitioned. When a social group has higher levels of prejudice against LGBTQ people, the social relationships of peer group members become more stressed over time. This means that the overall context of the peer environment matters for the opportunity for all group members to develop strong interpersonal relationships, a critical developmental task of adolescence. (Poteat, et al., 2015). Furthermore, having a stronger positive climate makes it more possible for other school supports to be more useful. (Poteat, et al., 2015) For example, youth in more supportive school contexts reported healthier outcomes in response to participation in further supports such as Gay-Straight Alliance (GSA) clubs.

9

19.     Ash reports a history of significant bullying by another student in middle school, as well as harassing conduct by personnel at Tremper High School (Tremper). He also reports that there is considerable bullying of other students with little or no response by school personnel, at Tremper and elsewhere in KUSD. He reports hearing from other transgender and gender non-conforming students, both at Tremper and elsewhere in KUSD, that significant bullying, and even physical assault were not addressed by administrators.

20.     Ash's reports of negative comments regarding LGBT people from students and being singled out by personnel are consistent with other studies of school climate. His report of lack of response from school personnel is also consistent with other studies of schools that are not responsive to safety and climate issues for transgender students. In particular, in one study we found that transgender youth were as likely to hear a teacher or staff person make a negative comment about gender expression as they were to hear a teacher or staff step in to correct a fellow student making such a statement (McGuire, et al., 2010). The bullying Ash experienced in middle school, while not directly related to transgender identity, was associated with other elements of gender expression such as size and appearance, not having a feminine enough gender role, and a masculine body frame.

21.     Ash described his efforts to seek support from school personnel in middle school: "In middle school I reported bullying to teachers, the principal and vice principal, and the girl was never punished. I tried moving out of her classes. I wanted to be in the same house [set of students] but they moved me entirely [into a different house]. Nothing was ever done even though she threatened physical abuse. They said, 'It's he said/she said. We can't prove it, so we can't do anything.'"

22.    Ash also reports that one assistant principal consistently calls him by his birth name and female pronouns, despite his repeated requests to be called Ash and by male pronouns. Additionally, due to his birth name remaining on class rosters, he must approach each new teacher at the beginning of the semester to inform them of his preferred name and appropriate pronouns. He must repeat that process with substitute teachers whenever they fill in for his regular teachers throughout the year. He reported that some of his regular teachers would attempt to spare him that burden by crossing out his birth name on class rosters and hand-writing in the name Ash, but many do not. On one occasion, he reported that he had to repeat that conversation with four substitute teachers in a single day. While substitute teachers often respected his name and pronouns, some would ignore his requests, and call him by his birth name in front of the entire class, embarrassing him and revealing his transgender status to all the other students.

23.    Ash reports that a Tremper parent who volunteers as a piano accompanist with the school orchestra formed a Facebook group called "KUSD Parents for Privacy" that has posted derogatory comments aimed at Ash and his mother. These posts are easily publicly accessible. I accessed them, and they clearly make reference to a specific student, Ash. It appears that derogatory comments and posts have been allowed to remain public for weeks or months. For instance one participant posted that "only a sick unloving parent would allow …" in response to a story about Ash and the lawsuit he had filed. In another case, a story about Ash was shared, and the group's post to that share was to define the word "pawn." In both cases, Ash's identity was an element of the post and derogatory content that personally demeaned him and/or his mother. Ash complained to the school principal about the website, and the principal assured him that "once a website mentions a particular student, it has to be taken down." When that website

11

mentioned Ash specifically, Ash sent the principal multiple screenshots of the posts, but nothing was done.

24. Ash also reports that the same parent volunteer approached him at an orchestra rehearsal toward the end of the school year. She put her hands on his shoulders and said she was "praying" for him. She said that she hoped he understood that comments made at a school board meeting and on her Facebook page that make arguments to deny Ash restroom access were not "personal" and were "bigger than" Ash. He complained to the school administration about her comments and touching him, but it did not appear that anything was done, and the parent continued as a volunteer.

25. Ash's mother, Melissa Whitaker, who is also a teacher at Tremper, reported receiving corrective intervention by the school principal to ensure that she did not use her classroom to advance her own "agenda," which she understood to mean discussing Ash or transgender issues with her students—despite the fact that she had been careful never to raise the issue in any of her classes, for fear of exactly that kind of reprimand.

26. All of these factors are consistent with the profile of schools that allow bullying and discriminatory treatment and evade efforts to provide an inclusive and safe environment for all students. Considerable research has found that schools with negative school climates overall are harmful for all students, not just the ones directly targeted by the harassment. This is known as the bystander effect. When students (or anyone) exist in a context where any individual is singled out, treated unequally, harassed, or bullied, the experiences of all students are diminished.

27. Research specifically on school climates for LGBT students has found that when efforts are made to improve the climate for LGBT students, all students in the system benefit.

12

Specifically, studies have identified five approaches that individually and in combination improve school climates for LGBTQ youth: 1) inclusive non-discrimination and anti-harassment policies, 2) including LGBTQ issues in the curriculum, 3) providing resources specific to LGBTQ students, 4) intervening to stop harassment and bullying, and 5) improving social inclusion with groups like GSAs. Restroom policies that allow students to use the accommodations that match their identities send a message to the entire school that the school is a welcoming and affirming environment for a diverse range of people. Evidence from studies of other sorts of inclusive practices shows overwhelmingly that the student body as a whole benefits from the improved social climate of inclusive policies. Allowing bathroom use that matches a student's identity supports diversity, provides an equitable experience for a diverse range of students, and sends a strong message to the community that the administration respects and supports transgender students and expects that same level of respect from other students. This overall package of school responsiveness has been found time and again to improve the functioning of the entire system (Russell & McGuire, 2008).

28.     A growing body of evidence finds that when schools take action to improve circumstances for gender and sexual minorities, all students and the climate as a whole experience the benefit. One study I co-authored found that when teachers step in to stop harassment and negative comments, everyone feels safer, not just LGBTQ students. One way to examine school safety is to consider the average level of safety within a school, and then examine individuals' feelings of safety with regard to how much and in what direction they deviate from the average for their school. This approach takes into account that schools vary in safety, and that individuals' experiences within a school vary. Our studies confirmed that schools vary with regard to how safe they are overall, and that for a given individual, about 10% of their

13

feelings of safety was determined solely by the overall safety of the school (Russell & McGuire, 2008). When schools enact the five safety strategies described above, the overall reports of anti-LGBTQ slurs goes down. For example, when more students know where to get information, have LGBTQ issues covered in the classroom, see teachers and staff intervening to stop harassment, or know openly LGBTQ teachers and students, the overall report of slurs goes down, even by those students who did not personally experience the protective interventions. In a profile analysis of schools, we identified three distinct profiles of schools, which we referred to as *Hostile High*, *Typical High*, and *Safety High*. *Hostile High*, *Typical High*, and *Safety High* have differences in slurs, LGBTQ curricula, and how many students report knowing an out LGBTQ teacher. A *Hostile High* experiences more slurs, less LGBTQ inclusive curricula, and fewer openly LGBTQ staff. The types of school varied in academic performance and students' feelings of safety. Overall school safety was linked to school level performance: students from a *Safety High* had higher academic performance (API and SAT scores), even after controlling for socioeconomic status and ethnic makeup (Russell, McGuire, & Laub, 2009).

29.     Specific aspects of inclusive environments have been linked to different outcomes at the school level in a variety of studies. Schools with GSA clubs report better health outcomes for all students (even those not in the GSA), with an even stronger benefit for LGBTQ students (Poteat, et al., 2015). Horn and Szalach (2009) and Snapp, et al., (2015) likewise reported that overall levels of safety were higher among schools with LGBTQ-inclusive policies. Basically, in schools with inclusive policies, the overall student average for safety is higher than schools without policies. This finding holds true even among students who do not know about the policy, are not LGBTQ, and don't directly experience other aspects of the environment. Schools with LGBTQ-inclusive curricula and GSAs had reports of a safer climate for gender non-conforming

students, even among students who did not experience the curriculum or the GSA (Toomey, McGuire, Russell, 2012). Russell, et al. (2014) further confirmed this finding that schools with LGBTQ-inclusive policies have a weaker association between bullying and safety, based on teachers' reports, suggesting that such policies provide a protective effect on the climate for LGBTQ students (Russell, et al., 2015). Essentially, when the overall climate is better managed, even students who do get bullied fare better due to the protective factor of the other LGBTQ-supportive structures.

30.     Conversely, no published empirical studies have shown any harm to students when schools practice more inclusive policies. Specifically, no studies have found increased reports of bathroom violence in connection with inclusive policies. To the contrary, study after study finds that greater inclusion on the part of the school translates to fewer incidences of violence and improved feelings of safety for all students, with an enhanced benefit for LGBTQ students.

31.     Although Tremper High has an active GSA club, the specific actions taken by the administration to limit the access of transgender students to bathrooms, lodging, and school activities concordant with their gender identity, proposal of a system to visibly mark out transgender students for easier identification and scrutiny, and failure to intervene in harassment, anti-LGBTQ slurs, and bullying, render the school climate closer to the profile of a "hostile high." Ash described the curriculum for sexuality education and education in general at Tremper as one that includes no mention of LGBTQ people. Further evidence of a hostile environment exists in the measures needed to ensure that Ash could run for Prom King (instead of Queen). Administrators ignored a petition and finally responded only after a sit in by students that got local and national media attention. Meanwhile, Ash was told by school personnel that he was

ruining prom for others by running for Prom King and that fewer students would attend prom as a result. This prediction was not borne out, as tickets for prom sold out.

32.     Ash and his mother report a particularly disturbing experience regarding a proposed program to offer transgender students green wristbands in order to better monitor their bathroom usage. A guidance counselor told Ms. Whitaker that an administrator had distributed the wristbands to all the school's guidance counselors in a meeting and asked the counselors to distribute them to transgender students so that school personnel could more easily ensure that transgender students were using the "right" bathroom. Such action amounts to a particularly blatant example of enacted stigma, as described in the Minority Stress Model (Meyer, 2003), and is particularly harmful to transgender persons (Bockting, 2013).

33.     When schools take action to improve environments, evidence finds that all students benefit. Specifically, with regard to transgender students, interventions to prevent bullying and mistreatment of transgender students are associated with enhanced benefits for transgender students (Greytak, et al., 2009), as well as the entire school community, as described above. My own research found that enacting interventions was particularly important in the ability of transgender youth to develop connections to at least one supportive adult at school—a critical protective factor in development—and ultimately to feelings of safety (McGuire, et al., 2010). Increasingly, specific resources are available to train educators, administrators and other school staff (Greytak, Kosciw, Boesen, & Madelyn, 2013; Russell 2014) and to show the enhanced benefits for students when such training occurs (Greytak, Kosciw, & Boeson, & Madelyn, 2013).

**Demands for Medical Documentation**

34.     Administrators have required documentation of Ash's transgender status as a way to avoid providing accommodations such as changing his gender in the electronic system. Exactly what is required has been unclear and appears to have shifted as Ash and his mother have attempted to comply.

35.     In the treatment of children and adolescents with gender dysphoria, it is typical to engage in a period of waiting and support to allow development before attempting medical interventions. Around the time of puberty or after, if an adolescent is identifying as a different gender from that presumed at birth, all available evidence suggests the transition is likely to be long-standing (de Vries, Kreukels, Steensma, & McGuire, 2014; Steensma, McGuire, Kruekels, Beekman & Cohen-Kettenis, 2013). With proper support, transgender adolescents grow up to be psychologically healthy young adults in their gender, with a psychological profile similar to the population at large for the same age group (de Vries, et al., 2014).

36.     In the United States, most insurance policies do not cover adolescent or adult treatment for gender reassignment. Ash and his mother report that their insurance does not cover treatments related to gender transition and would not have covered puberty blockers if they had been needed. The management and care for medical treatments related to gender transition can be quite expensive, especially before age 16 when puberty blockers are typically the only intervention available under the standard of care. Puberty blockers cost upwards of $1,000 per month, a prohibitive cost for many Americans, including Ash's family. Ash has now started taking testosterone, as he has just this year become eligible for this intervention by his age and the prevailing standards of care (WPATH). Any system that requires a young person to "medically prove" their transgender status or gender identity is both medically inappropriate and

17

entirely out of reach for many who cannot afford medical treatments. For children under 18, many will not receive any medical intervention, as only the most well-to-do or well-insured Americans can afford such intervention. Moreover, for many transgender people, including adults, medical intervention is not necessary to resolve gender dysphoria; for many people, social transition may be the only step needed to complete the person's gender transition and allows them to live fully and successfully in accordance with their gender identity.

### Conclusion

37.    In sum, it is my professional opinion, based on the available research, as well my own existing research program on these subjects, and my knowledge of the circumstances related to Ash's educational environment as it relates to his gender identity, that the actions of KUSD have served to marginalize and stigmatize Ash. These actions on the part of the school are harmful to Ash and other transgender students. Additionally, the actions of KUSD to target and treat transgender students differently from their peers create a hostile environment that interferes with the safety, well-being, and achievement opportunity of all youth in the school. Based on available research, the best interests of the school would be served by allowing students full inclusion in activities and access to facilities based on their gender identity, without regard to their birth-assigned gender. Ash has asked repeatedly to be allowed to use the restroom and other accommodations consistent with his experienced gender identity. He reports significant harm due to not being allowed to use the boys' restroom in the form of stress, not using the restroom all day, limiting his water even though he has a medical condition requiring him to hydrate, and being isolated and ostracized by the school personnel. In order to arrest the damage done, and allow Ash to move forward in a developmentally appropriate manner, it is critical that he be

18

allowed the freedom to fully express his gender identity and use the associated accommodations consistent with it.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Jenifer McGuire

Executed on 8/12/2016 .

19

**EXHIBIT A**

**CURRICULUM VITAE OF JENIFER K. MCGUIRE**

## Jenifer K. McGuire

Associate Professor
Family Social Science
University of Minnesota
jmcguire@umn.edu

Degrees:
2003    Ph.D., University of Arizona, Family Studies and Human Development, Mentor Dr. Bonnie Barber
2001    MPH, Public Health, University of Arizona, Mentor Dr. Howard Eng
1998    MS., Family Studies, University of Arizona, Mentor Dr. Wendy Gamble
1992    BA., *Magna Cum Laude* Comm. & Psychology, University of Colorado, Mentor Dr. Jacquelynne Eccles

Professional Experience:
*Twin Cities, Minnesota*
2014-current    Associate Professor, Extension Specialist, U of Minnesota, Department of Family Social Sciences
*Amsterdam, the Netherlands*
2012-2013    Visiting Research Scientist, Center for Expertise on Gender Dysphoria
*Pullman, Washington*
2012-2014    Associate Professor, Washington State University, Department of Human Development
2006-2012    Assistant Professor, Washington State University, Department of Human Development
*Tucson, Arizona*
2003-2006    Post-doctoral Researcher - Institute for Children, Youth and Families, Mentor Dr. Stephen Russell, U of A
2002-2003    Research Associate - Division of Family Studies / Human Development, U of A
1998-2002    Evaluation Specialist - LeCroy and Milligan Associates
1998-1999    Internship Coordinator - Institute for Children Youth and Families, U of A
1996-1998    Program Coordinator – Evaluation, Cooperative Extension, U of A
*Boulder, Colorado*
1993-1995    Research Assistant - Institute for Behavioral Sciences, U of C
1993-1995    Director of Extended Day and Summer Programming, Boulder Co. Mental Health

Grants/ contract support:
2015 National Institutes of Health, NICHD, (under review) Supplement, Co-I, Resiliency among transgender persons. $100,000 direct costs.
2014 National Council on Family Relations, Innovative Research Award. Kuvalanka, K., Goldberg, A., and McGuire, J.K. The Trans* Kids Project. Role: co-investigator
2014, National Institutes of Health, NICHD, (Scored at 11th percentile, not funded), Principal Investigator R03 Gender Identity Development among Gender Dysphoric Youth, $100,000 direct costs.
2011, Association of American Colleges and Universities, Bringing Theory to practice, Types and Conditions of Service Learning: Associations with Civic Responsibility, Self-Efficacy, and Wellbeing, Principal investigator, $7,400 research costs
2010-2011, Alcohol and Drug Abuse Research Program, Washington State University, Principal investigator, $34,000 research costs
2008-2009, Department of Health and Human Services, Community Based Abstinence Education, Co-Evaluator, Clarkston Washington, $29,000 total evaluation costs
2007, NICHD Summer Scholars Institute
2004, Society for the Psychological Study of Social Issues, Internship, $2,500 research costs

Awards:

*Major intellectual contribution, [1]Student co-authors

2014 National Council on Family Relations, Innovative Research Award. Kuvalanka, K., Goldberg, A., and McGuire, J.K. The Trans* Kids Project.

2010 Hugo G. Beigel Award, *The Journal of Sex Research* primary author to: McGuire, J. K. & Barber, B. L. (2010). Late adolescent sexual styles: A person centered approach to the multifaceted nature of sexual behavior. *The Journal of Sex Research, 47, 301-313.*

2010 Society for Research on Adolescence Social Policy Publication Award: Best Edited Book. Contributing author to: Russell, S. T., McGuire, J. K., & Laub, C. (2008). School climate for Lesbian, Gay, Bisexual, and Transgender (LGBT) students: Within- and between-school variability. In M. Shinn and H. Yoshikawa, (Eds.) Toward positive youth development: Transforming schools and community programs. New York: Oxford University Press, pp. 133-149.

2009 Leadership Fellows Award: Washington Campus Compact.

Associate editing

McCann, E., Olson, K., Hall, E., Giles, M., McCullough, R. (2015). Children in Common: Ensuring the Emotional Well-being of Children When Parenting Apart. McGuire, J., & Michaels, C. (Eds.) *Children's Mental Health Ereview*. Available at: http://hdl.handle.net/11299/175941

Kreukels, B., de Vries, A. l. c., Steensma, T. D., Eds; McGuire, J. K., Associate editor, (2013) *Gender dysphoria and disorders of sex development*. Springer: New York.

Professional articles, refereed:

Becher, E., Cronin, S., McGuire, J., Powell, S., & McCann, E. (under review). Relational conflict and outcomes from an online divorce education program.

Dworkin, J., McCann, E., & McGuire, J. (in press). *Coparenting in the digital era: Exploring divorced parents' use of technology.*

*McGuire, J. K., Dworkin, J., Borden, L. M., Perkins, D., & Russell, S. T. (under review). *Youth motivations for program participation*.

*Chapman, E. N., McGuire, J. K., Whitney, J. (under review) Sexual Identity and Well-Being: A Person-Centered Analyses of Sexual Health. American Journal of Sex Education.

*McGuire, J.K., Doty, J.L.[1], Catalpa, J.M.[1], Ola, C.[1] (2016) Gender Identity, Body Size, and Body Image: A Qualitative Analysis of Transgender Youth. *Body Image*.

*Norris, A[1]., McGuire, J.K., Stolz, C. (under 2nd review) University school climate for LGBT students. Journal of College Student Development.

*McGuire, J.K., Catalpa, J[1]., Lacey, V., & Kuvalanka, K., (in press). Ambiguous loss for trans persons. Journal of Family Theory and Review.

*McGuire, J. K., Kuvalanka, K., Catalpa, J. M.[1], & Toomey, R. B. (2016). Transfamily theory: How the presence of Trans* family members informs gender development in families. Journal of family Theory and Review, 8, pp. 60-73.

Snapp, S. & McGuire, J. K. (2015). LGBTQ-Inclusive Curriculum: Why Supportive Curriculum Matters. *Sex Education*.

Cleveland, H. H., Wiebe, R., McGuire, J., Zheng, Y, (2015). Predicting the Drinking of Minority Adolescents from their exposure to White Schoolmates: Differences and Similarities between Hispanic, Black, and Asian Adolescents. *Journal of Ethnicity and Substance Use*, 14:1–21.

*De Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E., Doreleijers, T., Cohen-Kettenis, P. T. (2014). Prospective young adult outcomes of puberty suppression in transgender adolescents, Pediatrics, 134.

*Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., Cohen-Kettenis, P. T. (2013) Factors Associated with Desistence and Persistence of Childhood Gender Dysphoria: A Quantitative Follow-up Study. *Journal of the American Academy of Child and Adolescent Psychiatry*.

*Rodgers, K.B., & McGuire, J.K., (*2012*). Adolescent sexual risk and multiple contexts: interpersonal violence, parenting, and poverty. *Journal of Interpersonal Violence*. Doi: *0886260511432148*

*Major intellectual contribution, [1]Student co-authors

*Toomey, R. [1], McGuire, J. K., & Russell, S. T. (2012). Perceptions of school safety for gender nonconforming peers: Within- and between-school variability in hetero-normative climates. *Journal of Adolescence*, 35(1) 187-196. doi:10.1016/j.adolescence.2011.03.001

*McGuire, J. K., & Conover-Williams, M. [1], (2010). Creating spaces to support transgender youth. *The Prevention Researcher, 17 (4)* 17-20.

*McGuire, J. K. & Barber, B. L. (2010). Late adolescent sexual styles: A person centered approach to the multifaceted nature of sexual behavior. *The Journal of Sex Research, 47, 301-313.*

*McGuire, J. K., Anderson, C. R. [1], Toomey, R. B. [1], & Russell, S. T., (2010). School climate for transgender youth: A mixed method investigation of student experiences and school responses. *Journal of Youth and Adolescence, 39, 1175-1188.*

*McGuire, J. K., & Doty, V. (2010). Innovations in teaching: Students as practitioners in a service learning context. *Michigan Family Review, 14, 110-121.*

*Broberg, D. M. [1], Broberg, K. A. [1], & McGuire, J. K. (2009). Policy approaches to offset food insecurity and obesity at the individual, family and community level. *Journal of Family and Consumer Sciences, 101, 44-49.*

*Rodgers, K.B., & McGuire, J.K., (2009). Poverty and violence as contexts for understanding family process and health risks among sexually experienced youth. *International Journal of Child and Adolescent Health, 2, 109-117.*

Hill, L. G., Parker, L. A., McGuire, J. K., Sage, R. [1] (2009). Institutionalising science-based practices in children's services. *Journal of Child Services, 3, 32-45.*

*Russell, S. T., McGuire, J. K., Lee, S. A. [1], & Larriva, J. C. [1] (2008). Adolescent perceptions of school safety for students with lesbian, gay, bisexual, and transgender parents. *Journal of LGBT Youth, 5, 11-27.*

*McGuire, J. K. & Gamble, W. C. (2006). Community service for youth: The value of psychological engagement over number of hours spent. *Journal of Adolescence, 29, 289-298.*

*McGuire, J. K., Walsh, M. B., & LeCroy, C. W. (2005). Content analyses of Title V Abstinence Only Education Programs. *Sexuality Research and Social Policy, 2:4, 32-41.*

*Adam, M. B., McGuire, J. K., Walsh, M., Basta, J. & LeCroy, C. W. (2005). Acculturation as a predictor of the onset of sexual intercourse among Hispanic teens and White teens. *Archives of Pediatric and Adolescent Medicine, 159, 261-265.*

Invited Chapters, Encyclopedia entries, and Book reviews

*McGuire, J.K. (2016) Review of Sisterhood is Powerful. *Journal of Family Theory and Review.*

*McGuire, J.K. & Chrisler, A.[1] (2016). Body art among transgender youth. In Francisco Villaruel (Ed) Youth Cultures.

*McGuire, J.K. (2016). Transgender youth well-being. Encyclopedia of LGBTQ Studies. Sage: Thousand oaks, CA.

*McGuire, J.K. (2016). Puberty suppression for transgender youth. Encyclopedia of LGBTQ Studies. Sage: Thousand oaks, CA.

*McGuire, J.K. (2016). International and U.S. Gender Clinics. Encyclopedia of LGBTQ Studies. Sage: Thousand oaks, CA.

*McGuire, J.K. (2016). Sexuality education LGBTQ inclusion mandates. Encyclopedia of LGBTQ Studies. Sage: Thousand oaks, CA.

*McGuire, J,K, & Brown, M.B. (2015). Forms and conditions of service learning: Links to student outcomes. Routledge Press.

De Vries, A. L. C., Kreukels, B., Steensma, T. D.; & McGuire, J. K. (2013). Gender identity development. In Kreukels, B., de Vries, A. l. c., Steensma,T. D., Eds; McGuire, J. K., Associate editor, (2013) *Gender dysphoria and disorders of sex development.* Springer: New York.

*McGuire, J. K. (2012). Transgender youth. Encyclopedia of Adolescence.

*Russell, S. T., McGuire, J. K., & Laub, C. (2008). School climate for Lesbian, Gay, Bisexual, and Transgender (LGBT) students: Within- and between-school variability. In M. Shinn and H. Yoshikawa, (Eds.) Toward

*Major intellectual contribution, [1]Student co-authors

positive youth development: Transforming schools and community programs. New York: Oxford University Press, pp. 133-149.

*Russell, S. T., & McGuire, J. K. (2006). Critical mental health issues for sexual minority adolescents. In F. A. Villaruel, and T. Luster (Eds.) The crises in youth mental health: Critical issues and effective programs, Volume 2: Disorders in adolescence. Westport CT, US: Greenwood Publishing Group Inc., pp. 213-238.

<u>Abstracts:</u>

*McGuire, J. K., & Russell, S. T. (2007). Health care utilization by sexual minority adolescents. *Journal of Adolescent Health, 40, S28.*

<u>Other scholarly work:</u>

*Evaluation reports:*

*McGuire, J.K., Catalpa, J.M.[1], Lacey, V. (2015) Transgender youth in Ireland. Fact sheet. University of Minnesota, Department of Family Social Sciences.

Dworkin, J., & McGuire, J. (2014). *Exploring technology use among divorced parents*. Available: http://www.cehd.umn.edu/fsos/projects/parent20/pdf/p20report-dec2014.pdf

*McGuire, J. K. (June, September, December, 2012-current). Certified Expert Witness [written] before United States Department of Justice, Executive Office for Immigration Review.

*McGuire, J. K.; Stolz, C., & Harris, E.[1] (2012). Diversity exposure and campus connection at Washington State University (GIESO commission).

*McGuire, J. K. (March, 2010). Certified Expert Witness [written and oral] before United States Department of Justice, Executive Office for Immigration Review (Tucson Immigration Court).

*McGuire, J.K., (2010). Evaluation report: Washington Campus Compact Learn and Serve America 2006-2009 Sub-Grant Program. Washington Campus Compact.

*McGuire, J. K., Clarke, T. J.[1], Anderson, C. R.[1], & Russell, S. T. (2010). Understanding school safety for transgender youth. (California Safe Schools Coalition Research Brief No. 13). San Francisco, CA: California Safe Schools Coalition.

*Russell, S. T., McGuire, J. K., Toomey, R.B.[1], & Anderson, C. R.[1] (2010). Gender non-conformity and school safety: Documenting the problem and steps schools can take. (California Safe Schools Coalition Research Brief No. 12). San Francisco, CA: California Safe Schools Coalition.

*McGuire, J. K., Dixon, A.[1], Russell, S.T. (2009). School safety for middle school students. (California Safe Schools Coalition Research Brief No. 11). San Francisco, CA: California Safe Schools Coalition.

*Russell, S. T., McGuire, J. K., & Laub, C. (2009). Understanding differences between schools in overall LGBT school safety. (California Safe Schools Coalition Research Brief No. 9). San Francisco, CA: California Safe Schools Coalition.

Hill, L. G., McGuire, J. K., Parker, L. A., Sage, R.[1] (2009). Program evaluation using science-based practices in children's services. *4H Youth Development.*

*McGuire, J. K., Russell, S. T., Anderson, C.[1] (2007). Assessment of resources and needs for transgender identified adolescents within the context of sexual minority focused community centers. Society for the Psychological Study of Social Issues: Internship Award Report.

*LeCroy and Milligan Associates, Inc (Eds.). (2007) Arizona's Title V Abstinence Only Education Programs: Comparison of births among abstinence program participants and non-participants statewide. LeCroy and Milligan Associates, Inc (Eds.). Phoenix AZ: Arizona Department of Health Services.

*Russell, S. T., Toomey, R.[1], & McGuire, J. K. (2007). Adolescent gender nonconformity, school safety, and adolescent well-being. Written testimony submitted to: Senate Select Committee Hearing on Transgender School Safety Issues. Children's Hospital Los Angeles, October 15, 2007.

*Russell, S. T., McGuire, J. K., Laub, C., & Manke, E., O'Shaughnessy, M., Heck, K., Calhoun, C. (2006). Harassment in school based on actual or perceived sexual orientation: Prevalence and consequences. (California Safe Schools Coalition Research Brief No. 2). San Francisco, CA: California Safe Schools Coalition.

*Major intellectual contribution, [1]Student co-authors

*Russell, S. T., McGuire, J. K., Laub, C., & Manke, E. (2006). LGBT student safety: Steps schools can take. (California Safe Schools Coalition Research Brief No. 3). San Francisco, CA: California Safe Schools Coalition.

*Russell, S. T., Kostroski, O. [1], McGuire, J. K., Laub, C., Manke, E. (2006). Safe schools research brief: LGBT issues in the curriculum promotes school safety. (California Safe Schools Coalition Research Brief No. 4). San Francisco, CA: California Safe Schools Coalition.

*Russell, S. T., McGuire, J. K., Larriva, J.,C. [1], Manke, E., & Rosen, A. (2006). School Safety for Students with LGBT Parents. (California Safe Schools Coalition Research Brief No. 6). San Francisco, CA: California Safe Schools Coalition

*LeCroy & Milligan Associates, Inc. (2003). Evaluation of the Arizona abstinence only education program: Year five. Arizona Department of Health Services: Phoenix.

*LeCroy & Milligan Associates, Inc. (2002). Evaluation of the Arizona abstinence only education program: Year four. Arizona Department of Health Services: Phoenix.

*Basta, J., Walsh, M., McGuire, J., LeCroy, C., Harle, K, Adam, M. (2001). Evaluation of the Arizona abstinence only education program: Year three. Arizona Department of Health Services: Phoenix.

*Basta, J., Walsh, M., McGuire, J., LeCroy, C., Gamble, W., Harle, K, Adam, M. (2000). Evaluation of the Arizona abstinence only education program: Year two - program process and short term program outcomes. Arizona Department of Health Services: Phoenix.


*Conference Presentations:*

Sano, Y., McGuire, J.K., Ontai, L. (2015, November). Parental Mental Health and child Outcomes. Poster Presentation at the 2015 National Council on Family Relationships Annual Conference, Vancouver, BC.

Dyk, P., Greder, K., Sano, Y., McGuire, J.K., Ontai, L. (2015, November). Psycho-Social Risk and Child Obesity in Low-Income, Rural, Families. Poster Presentation at the 2015 National Council on Family Relationships Annual Conference, Vancouver, BC.

McGuire, J.K., Bretherson, S., Powell, S., Becher, E., Hall, E.L., Cronin, S., & McCann, E (2015, November). Improving outcomes for families following divorce and separation: Evidence from Minnesota's Parents Forever program. Paper Presentation at the 2015 National Council on Family Relationships Annual Conference, Vancouver, BC.

Dworkin, J., McCann, E., & McGuire, J (2015, November). *Coparenting in the digital era: Exploring divorced parents' use of technology.* Paper Presentation at the 2015 National Council on Family Relationships Annual Conference, Vancouver, BC.

Catalpa, J., Zhang, N. & McGuire, J. K. (2015, November). *Kinship networks among transgender youth; Connecting to and breaking away from queer and trans\* communities.* Paper Presentation at the 2015 National Council on Family Relationships Annual Conference, Vancouver, BC.

McGuire, J.K & Catalpa, J.M. (2015, June) *Negotiating Kinship Ties for Transgender Young People.* Paper presentation at Queer Kinship and Relationships Conference, Warsaw (Olsztyn), Poland.

Doty, J.L., McGuire, J.K., & Catalpa, J.M. (2015, May). *Gender, Body Size, and Body Image: A Qualitative Analysis of Transgender Youth. Paper* Presentation at LGBTQ Research Symposium, Urbana-Champagne, IL.

McGuire, J.K., Catalpa, J.M. & Davison, S. (2015, March). *Resilience among transgender youth who experienced homelessness prior to age 18.* Paper Presentation at the Biennial meeting of the Society for Research on Child Development, Philadelphia, PA.

McGuire, J.K., Oswald, R., Zvoncovic, A., Allen, K.A. (2014). Incorporating feminist concepts into academic mentoring. Workshop presented at The National Council on Family Relations, Baltimore, MD.

McGuire, J. K., (2014). Body image among transgender youth. Society for Research on Adolescence, Austin, TX.

McGuire, J. K. (2013). Family relationships among transgender youth. National Council on Family Relations, San Antonio, TX.

De Vries, A.L.C., McGuire, J. K., Steensma., T., Cohen-Kettenis, P., (2013). Prospective young adult outcomes of puberty suppression in transgender adolescents. Society for Research on Child Development, Seattle, WA.


*Major intellectual contribution, [1]Student co-authors

McGuire, J.K., & Brown, M.B. (2012) Forms and conditions of service learning: Links to student outcomes. Conference on University Lifelong Learning, Graz, Austria.

*McGuire, J. K., Beets, N., Glenn, J., & Rash, J. A. (2011). Family relationships as contexts for sexual health among transgender youth. Poster presented at the World Association for Sexual health, Glasgow, UK.

*McGuire, J. K., Beets, N., Glenn, J., & Rash, J. A. (2011). Family relationships as contexts for sexual health among transgender youth. Poster presented at the Biennial meeting of the society for Research on Child development,  Montreal, CA.

*Beets, N. [1], Wilcox, J. L. [1], McGuire, J. K., & LeCroy, C. W. (2011) Reservation as a context for Native American youth substance use. Poster accepted for presentation at the biennial meeting of the Society for Research on Child Development, Montreal, CA.

*Rash, J. A. [1], Broberg, D. [1], & McGuire, J. K., (2010). From policy to outcome: How cognitive changes after a pregnancy prevention program predict adolescent childbearing. Poster presentation at the annual meeting of the National Council on Family Relations, Minneapolis, MN.

*Rodgers, K. B., McGuire, J. K., & Ewest, W. C. [1] (2010). Trajectories of support on educational outcomes among adolescent mothers in poverty.  Poster presentation at the annual meeting of the National Council on Family Relations, Minneapolis, MN.

*McGuire, J. K., & Conover-Williams, M. [1] (2010) Family relationships as contexts for development among transgender youth: Links to internalizing and externalizing risk behaviors. Paper presentation at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

*Van Campen, K. [1], Toomey, R. B. [1], McGuire, J. K., & LeCroy, C. W., (2010). "I Have What?": How Sexual Self-Efficacy and Sexuality Education Are Associated with STD Risk in Adolescence. Poster presentation at the biennial meeting of the Society for Research on Adolescence, Philadelphia, PA.

*McGuire, J. K., (2009). NCFR 2009 Perspectives on Therapy Use within Sexual Minority Populations. Round table presentation at the annual meeting of the National Council on Family Relations, San Francisco, CA.

*McGuire, J. K., & Doty, V. (2009). 13 hours: An interactive, broad-based, prevention program for at-risk youth. Paper presentation at the annual Washington Campus Coalition, Continuums of Service Conference, Seattle, WA.

*Boyer, C[1], Broberg, D. [1], & McGuire, J. K. (2008 November). Adolescent identity formation and reasons to have sex: Links to sexual risk taking. Poster presentation at the annual meeting of the National Council on Family Relations, Little Rock, AR.

*McGuire, J.K., & Russell, S.T., (2008 November). Family relationships among transgender youth. Paper presentation at the annual meeting of the National Council on Family Relations, Little Rock, AR.

Kaestle, C., Russell, S. T., & McGuire, J. K. (2008 November). Identification and measurement of sexual minority status. Round table presentation at the annual meeting of the National Council on Family Relations, Little Rock, AR.

*McGuire, J. K., & Russell, S.T., (2008 June). School climate for transgender students. Invited paper presented at the National Education Association Summer Institute on LGBT issues in the classroom.

*McGuire, J.K., Anderson, C.R. [1], & Russell, S.T., (2008 March). Peer and teacher influences on perceptions of school safety for gender non-conforming students. Paper presentation at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

*Dralle, D.L. [1], McGuire, J.K., Myers, M. [1] (2008, March). Harassment and teacher intervention in middle and high school: Links to teacher trust and feelings of safety. Paper accepted for presentation at the biennial meeting of the Society for Research on Adolescence, Chicago, IL.

Kaestle, C., Russell, S. T., & McGuire, J. K. (2007, November). Use of the Add Health Data for family and developmental research. Round table presentation at the annual meeting of the National Council on Family Relations, Pittsburgh, PA.

*McGuire, J. K., & Russell, S. T. (2007, March). Health care utilization by sexual minority adolescents. Poster presented at the annual meeting of the Society for Adolescent Medicine, Denver, CO.

*Major intellectual contribution, [1]Student co-authors

*McGuire, J. K., Russell, S. T., & Anderson, C. R. (2007, February). Health care utilization by sexual minority adolescents: Links with young adult well being. Paper presented at the annual meeting of the Society for the Study of Emerging Adulthood, Tucson, AZ.

*McGuire, J. K., Russell, S. T., & Anderson, C. R.[1] (2006, November). Transgender youth in community centers for lesbian, gay, bisexual and transgender people. Paper presentation at the annual meeting of the National Council on Family Relations, Minneapolis, MN.

*McGuire, J. K., Russell, S. T. & Laub, C. (2006, April). School Climate for Lesbian, Gay, Bisexual, and Transgender (LGBT) students: Within- and between-school variability. Paper presented at the biennial meeting of the Society for Research on Adolescence, San Francisco, CA.

*Lee, S. A.[1], Larriva, J.[1], McGuire, J.K., & Russell, .T. (2005, November). Perceptions of school safety for students with lesbian, gay, bisexual, and transgender parents. Paper presentation at the annual meeting of the National Council on Family Relations, Phoenix, AZ.

*McGuire, J. K., Russell, S. T., Barber, B. L., & Stone, M. R., (2004, November). Parenting styles and early onset of sexual intercourse. Paper presented at the annual meeting of the National Council on Family Relations, Phoenix, AZ.

*McGuire, J. K., Russell, S. T., & Laub, C. (2005, March). Adolescent bullying based on sexual orientation and gender presentation. Paper presented at the biennial meeting of the Society for Research on Child Development, Atlanta, GA.

*Barber, B. L., McGuire, J. K., Stone, M. R., & Russell, S. T. (2004, November). Parenting styles in early adolescence. Paper presented at the annual meeting of the National Council on Family Relations, Orlando, FL.

*McGuire, J. K. & Barber, B. L. (2004, March). Late adolescent sexual styles: Links to concepts of self and others. Paper presented at the biennial meeting of the Society for Research on Adolescence, Baltimore, MD.

*McGuire, J. K., & Walsh, M. (2002, November) Ruling in the program: Assessment of curricular components in a multi-site sexuality education program. Paper presented at the American Evaluation Association Conference, Washington DC.

*McGuire, J. K., Barber, B. L., & Cota-Robles, S. (2002, April) Parental dating monitoring and communication in late adolescence: Links to age of first intercourse and safer sex during the transition to adulthood. Poster presented at the biennial meeting of the Society for Research on Adolescence, New Orleans, LA.

*McGuire, J. K., Walsh M., & Adam, M. (2001, April). Running the bases: Development of pre-coital sexual behaviors in adolescence. Paper presented at the biennial meeting of the Society for Research on Child Development, Minneapolis, MN.

*McGuire, J. K., & Cota-Robles, S. (2001, April) What's to notice: Menarcheal status, breast development and delinquent behavior among Hispanic and Caucasian adolescent females. Poster presented at the biennial meeting of the Society for Research in Child Development, Minneapolis, MN.

*McGuire, J. K., & Gamble, W. C. (2000, June). Social connection and identity development: A review of theories and a description of process. Paper presented at the International Society for the Study of Behavioral Development, Beijing, China.

*Basta, J., & McGuire, J. K. (2000, April) Evaluation of the Arizona abstinence education programs: Lessons learned in a multi-site evaluation. Presentation at the Arizona Evaluation Network, Tucson, AZ.

*[1]McGuire, J. K., Collins, D. M., & Gamble, W. C. (1999, April). Intentionality and repeated program exposure as predictors of subsequent onset of sexual intercourse. Poster presented at the biennial meetings of the Society for Research in Child Development, Albuquerque, NM.

Maggs, J. L., Vesterdal, W. J., McGuire, J. K., & Schulenberg, J. (1999, April). Within person predictors of change in alcohol use across adolescence. Paper presented at the biennial meetings of the Society for Research in Child Development, Albuquerque, NM.

*[1]McGuire, J. K., Collins, D. M., & Gamble, W. C. (1998, October). Relation of personal assets to health promotion and risk behaviors among a sample of teen leaders for the Postponing Sexual Involvement Program. Poster Presented at the Adolescent Health and Sexuality Conference, Tucson, AZ.

*Major intellectual contribution, [1]Student co-authors

Woulbroun Holmquist, E. J., & McGuire, J. K. (1998, March). The impact of illness burden and family relationships on adjustment: A comparison of children with illnesses and their siblings. Poster presented at the biennial meetings of the Society for Research on Adolescence, San Diego, CA.

*[1]McGuire, J. K., Collins, D., & Gamble, W. (1998, March). Social support and sexual self understanding: Prevention program implications for early adolescents. Poster presented at the biennial meetings of the Society for Research on Adolescence, San Diego, CA.

*McGuire, J. K. (1997, November). Adolescent community service and clarification of personal sexual values: The mediating role of parent- adolescent communication. Poster presented at the annual meetings of the National Council on Family Relations, Washington, DC.

Maggs, J.L., McGuire, J.K., Peekson, D.S. & Schulenberg, J. (1997, July). To drink or not to drink: AMPS curriculum effects on developmental trends in motivations to use or avoid alcohol. Poster presented at the annual meeting of the Research Society on Alcoholism, San Francisco, CA.

*McGuire, J.K., Gamble, W., & Betts, S. (1997, April). Sexual self-efficacy and sexual behavior: Prevention program effects for early adolescents. Poster presented at the biennial meeting of the Society for Research on Child Development, Washington D.C.

*McGuire, J., Eccles, J. & Gamble, W. (1996, August). Mothers' constructions of children's personalities. Poster presented at the biennial meetings of the International Society for the Study of Behavioral Development, Quebec City, Canada.

Maggs, J.L., Schulenberg, J. & McGuire, J. (1996, June). Altering trajectories of adolescent alcohol misuse: Continuity, change and mediating mechanisms. Paper presented at the meetings of the Family Research Consortium, San Diego, CA.

*Cota-Robles, S., McGuire, J. K., & Betts, S. (1996, April). Delinquency and parental monitoring of girls: An intercultural comparison. Poster presented at the 1996 Nebraska Symposium for the Study of Motivation and Delinquency, Lincoln, NB.

*McGuire, J. K. & McCarthy, K. (1994). Parent differential treatment and sibling conflict: A longitudinal and within family study. Poster presented at the biennial meetings of The Society for Research on Adolescence, San Diego, CA.

Service to the department, college and university:
Chair Presidents Commission on Gender Identity/ Expression and sexual Orientation – WSU GIESO, (2009- 2014 except 2012-13 academic year)
Washington Campus Compact *Leadership Fellow* (2009)
Center for Civic Engagement Advisory Council (2009-current)
Scholarship reader- CAHNRS (2009)
Developed and implemented a service learning component for Advanced Adolescent Development (HD 408)
Students developed and conducted a prevention program retreat for youth at risk in Whitman county Washington. (2008 - 2010)
Graduate studies committee – Human Development (2007 – current)
Scholarship committee- Human Development (2006 – current)
Recruiting activities (table) at National Council on Family Relations (NCFR) Human Development (2007- current)

Service to professional groups or agencies:
Washington Campus Compact, consulting in evaluation (2010-2012)
Reviewer for NICHD Summer Scholars Institute program (2009)
Reviewer, for several journals- *Journal of Research on Adolescence, Journal of Sex Research, Journal of Youth and Adolescence, Journal of School Health, Journal of Interpersonal Violence, Aggressive Behavior, Social Problems, Journal of Homosexuality, Journal of LGBT family issues* (2005 – current)
Coordinator of GLBTSA focus group for National Council on Family Relations (2009 – current)
National Education Association, invited speaker to NEA Summer Summit on LGBT issues in the classroom (2008)
4H Healthy Living Initiative- white paper (2008)

*Major intellectual contribution, [1]Student co-authors

Service to governments or other groups:
Initiated *Rainbow Families* group in Pullman, a group for LGBT families (2008- 2012)
Consultation with Arizona Department of Health Services Abstinence Only Program Evaluation (2003-2007)
Member, Board of Directors for Wingspan, Southern Arizona's Lesbian, Gay, Bisexual and Transgender
      Community Center, Chair of program committee (2004-2006)
City of Tucson, Commission on GLBT Issues, Consulting in research and technical assistance (2002-2006)
Organization and teaching of comprehensive sexuality education to adolescents in community based programs,
      Tucson AZ (1999-2002)

Professional development activities:
Completion of writing and publication workshops (2009, 2010)
Completion of Academic Advising Workshops -WSU ACADA, Advising 101, 102 (2010)
Completion of COACH Women in Leadership program for junior faculty (2008)
Completion of experiential education workshops, CAHNRS Academic Programs (2008, 2009, 2010)
Completion of one week training seminar on mixed modeling using MPLUS (2008)
NICHD Summer Scholars Institute (2007)
Completion of Productive Proposal Writing seminar series via OGRD, WSU (2006-07)
Completion of Writing Winning Grants (by Stephen Russell) proposal writing series, via OGRD, (2006-7)
Completion of training seminar in Item Response Analyses (2005)
Completion of training seminar in Hierarchical Linear Modeling and Advanced Hierarchical Linear Modeling at the
      University of Michigan's Inter-University Consortium for Social and Political Research (2001)

*Major intellectual contribution, [1]Student co-authors

**EXHIBIT B**

**LIST OF REFERENCES**

# References

Aragon, S. R., Poteat, V. P., Espelage, D. L., & Koenig, B. W. (2014). The influence of peer victimization on educational outcomes for LGBTQ and non-LGBTQ high school students. *Journal of LGBT Youth, 11*, 1-19. doi: 10.1080/19361653.2014.840761

Birkett, M., Russell, S. T., & Corliss, H. L. (2014). Sexual-orientation disparities in school: The mediational role of indicators of victimization in achievement and truancy because of feeling unsafe. *American Journal of Public Health, 104*, 1124-1128. doi: /10.2105/AJPH.2013.301785

Bockting, W. O., Miner, M. H., Swinburne Romine, R. E., Hamilton, A., & Coleman, E. (2013). Stigma, mental health, and resilience in an online sample of the US transgender population. *American Journal of Public Health, 103*, 943-951. doi:10.2105/AJPH.2013.301241

de Vries, A. L. C., Kreukels, B. P. C., Steensma, T. D., & McGuire, J. K. (2014). Gender identity development: A biopsychosocial perspective. In B. P. C. Kreukels, T. D. Steensma & de Vries, A. L. C. (Eds.), *Gender dysphoria and disorders of sex development: Progress in care and knowledge* (pp. 53-80). New York: Springer. doi:10.1007/978-1-4614-7441-8_3

Eccles, J., & Gootman, J. A. (2002). *Community programs to promote youth development*. Washington, DC: National Academies Press.

Goldblum, P., Testa, R.J., Pflum, S., Hendricks, M., Brandford, J., & Bongar, B. (2012). The Relationship Between Gender-Based Victimization and Suicide Attempts in Transgender People. Professional Psychology: Research and Practice, 43(5), 468-465.

Greytak, E. A., Kosciw, J. G., & Boesen, M. J. (2013). Educating the educator: Creating supportive school personnel through professional development. *Journal of School Violence, 12*, 80-97. doi: 10.1080/15388220.2012.731586

Greytak, E. A., Kosciw, J. G., & Diaz, E. M. (2009). *Harsh realities: The experiences of transgender youth in our nation's schools.* ERIC.

Greytak, E. A., & Kosciw, J. G. (2013). Chapter: Responsive classroom curriculum for lesbian, gay, bisexual, transgender, and questioning students. In E. S. Fisher, & K. Komosa-Hawkins (Eds.), *Creating safe and supportive learning environments: A guide for working with lesbian, gay, bisexual, transgender, and questioning youth and families* (pp. 156-174). New York, NY, US: Routledge/Taylor & Francis Group

Greytak, Emily A, Kosciw, Joseph G & Boesen, Madelyn J. (2013). Educating the educator: Creating supportive school personnel through professional development. Journal of School Violence, 12, 80-97. doi:10.1080/15388220.2012.731586

Greytak, Emily A, Kosciw, Joseph G & Boesen, Madelyn J. (2013). Putting the "T" in "resource": The benefits of LGBT-related school resources for transgender youth. Journal of LGBT Youth, 10, 45-63. doi:10.1080/19361653.2012.718522

1

Haas, Ann P., Philip L. Rodgers & Jody L. Herman. 2014. Suicide Attempts among Transgender and Gender Non-Conforming Adults. Los Angeles, CA: The Williams Institute and American Foundation for Suicide Prevention. Accessed April 10, 2014. URL: http://williamsinstitute.law.ucla.edu/wp-content/uploads/AFSP-Williams-Suicide-Report-Final.pdf

Horn, S. S., & Szalach, L. A. (2009). School differences in heterosexual students' attitudes about homosexuality and prejudice based on sexual orientation. *European Journal of Developmental Science, 3*, 64-79. doi: 10.3233/DEV-2009-3108

McGuire, J. K., Anderson, C. R., Toomey, R. B., & Russell, S. T. (2010). School climate for transgender youth: A mixed method investigation of student experiences and school responses. *Journal of Youth and Adolescence, 39*, 1175-1188. doi:10.1007/s10964-010-9540-7

Mereish, E. H., & Poteat, V. P. (2015). A relational model of sexual minority mental and physical health: The negative effects of shame on relationships, loneliness, and health. *Journal of Counseling Psychology, 62*, 425-437. doi: 10.1037/cou0000088

Meyer, I. H. (2003). Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. *Psychological Bulletin, 129*, 674. doi:10.1037/0033-2909.129.5.674

Poteat, V. P., Mereish, E. H., & Birkett, M. (2015). The negative effects of prejudice on interpersonal relationships within adolescent peer groups. *Developmental Psychology, 51*, 544-553. doi: 10.1037/a0038914

Poteat, V. P., Scheer, J. R., & Chong, E. S. K. (2016). Sexual orientation-based disparities in school and juvenile justice discipline: A multiple group comparison of contributing factors. *Journal of Educational Psychology, 108*, 229-241. doi: 10.1037/edu0000058

Poteat, V. P., Yoshikawa, H., Calzo, J. P., Gray, M. L., DiGiovanni, C. D., Lipkin, A., Shaw, M. P. (2015). Contextualizing gay-straight alliances: Student, advisor, and structural factors related to positive youth development among members. *Child Development, 86*, 176-193. doi: 10.1111/cdev.12289

Reisner, S. L., Greytak, E. A., Parsons, J. T., & Ybarra, M. L. (2015). Gender minority social stress in adolescence: Disparities in adolescent bullying and substance use by gender identity. *Journal of Sex Research, 52*, 243-256. doi: 10.1080/00224499.2014.886321

Rosario, M., Corliss, H. L., Everett, B. G., Russell, S. T., Buchting, F. O., & Birkett, M. A. (2014). Mediation by peer violence victimization of sexual orientation disparities in cancer-related tobacco, alcohol, and sexual risk behaviors: Pooled youth risk behavior surveys. *American Journal of Public Health, 104*, 1113-1123. doi: 10.2105/AJPH.2013.301764

Russell, S. T., Day, J. K., Ioverno, S., & Toomey, R. B. (2015). Are school policies focused on sexual orientation and gender identity associated with less bullying? teachers' perspectives. *Journal of School Psychology, 54*, 23-38. doi: 10.1016/j.jsp.2015.10.005

2

Russell, S., & McGuire, J. (2008). The school climate for lesbian, gay, bisexual, and transgender (LGBT) students. In M. Shinn & H. Yoshikawa (Eds.), *Changing schools and community organizations to foster positive youth development*. New York, NY: Oxford University Press

Russell, S. T., Ryan, C., Toomey, R. B., Diaz, R. M., & Sanchez, J. (2011). Lesbian, gay, bisexual, and transgender adolescent school victimization: Implications for young adult health and adjustment. *Journal of School Health, 81*, 223-230. doi:10.1111/j.1746-1561.2011.00583.x

Snapp, S. D., Hoenig, J. M., Fields, A., & Russell, S. T. (2015). Messy, butch, and queer: LGBTQ youth and the school-to-prison pipeline. *Journal of Adolescent Research, 30*, 57-82. doi: 10.1177/0743558414557625

Snapp, S. D., Watson, R. J., Russell, S. T., Diaz, R. M., & Ryan, C. (2015). Social support networks for LGBT young adults: Low cost strategies for positive adjustment. *Family Relations, 64*, 420-430. doi:10.1111/fare.12124

Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *Journal of the American Academy of Child & Adolescent Psychiatry, 52*, 582-590. doi: 10.1016/j.jaac.2013.03.016

Toomey, R. B., McGuire, J. K., & Russell, S. T. (2012). Heteronormativity, school climates, and perceived safety for gender nonconforming peers. *Journal of Adolescence, 35*, 187-196. doi: 10.1016/j.adolescence.2011.03.001

Toomey, R. B., Ryan, C., Diaz, R. M., Card, N. A., & Russell, S. T. (2013). Gender-nonconforming lesbian, gay, bisexual, and transgender youth: School victimization and young adult psychosocial adjustment. *Psychology of Sexual Orientation and Gender Diversity, 1*, 71-80. doi:10.1037/2329-0382.1.S.71

Case 2:16-cv-00943-PP   Filed 08/15/16   Page 34 of 34   Document 10-5