# EXHIBIT C

**Shorewood School District, Nondiscrimination Guidelines Related to Students who are Transgender and Students Nonconforming to Gender Role Stereotypes**

**SCHOOL DISTRICT OF SHOREWOOD**

411 Guideline (2)

NONDISCRIMINATION GUIDELINES RELATED TO STUDENTS WHO ARE
TRANSGENDER AND STUDENTS NONCONFORMING
TO GENDER ROLE STEREOTYPES

The following guidelines relate to students who are
transgender and students who do not conform to gender role
stereotypes. This guideline serves two important purposes.
First, significant portions of the guidelines facilitate
compliance with the District's legal obligations. Under
many circumstances, an individual's transgender or gender
nonconforming status serves as a basis for legal rights and
protections. Second, even where specific actions may not be
required by applicable law, these guidelines are intended
to further the District's local goals concerning the
creation and maintenance of positive and supportive
environments that appropriately provide for the education,
safety, and welfare of all students.

While the guidelines established in this rule provide
important direction to District employees, students, school
families, and other persons, the guidelines do not
anticipate every situation that might occur with respect to
students who are transgender or gender nonconforming. When
an issue or concern arises that is not adequately addressed
by these guidelines, the needs and concerns of each student
will be assessed on an individualized basis with
consultation with parents/guardians where appropriate.

1. **Definitions**

   The definitions below are not intended to label students
   but rather to assist in understanding these guidelines
   and the expectations of staff in complying with District
   policies and legal requirements. Students might or might
   not use these terms to describe themselves.

   a. **"Transgender"** describes people whose gender identity
      is different than their biological sex assigned at
      birth.

   b. **"Gender identity"** is a person's deeply held sense or
      psychological knowledge of their own gender,

regardless of the biological sex they were assigned at birth. Everyone has a gender identity.

c. **"Gender nonconforming"** describes people whose gender expression differs from stereotypical or prevailing social expectations, such as "feminine" boys or "masculine" girls, or those who are perceived as androgynous.

d. **"Gender expression"** refers to the way a person expresses gender, such as clothing, hairstyles, activities or mannerisms.

2. **Discrimination, Harassment and Bullying**

The District prohibits all forms of discrimination against any transgender student or any student who does not conform to gender role stereotypes. Further, existing District policies that prohibit the harassment and bullying of students apply to any such actions that are based on a student's actual or perceived transgender status or gender nonconformity. This includes ensuring that any incident or complaint of discrimination, harassment, or bullying is given prompt attention, including taking appropriate corrective and/or disciplinary action. Complaints alleging discrimination, harassment or bullying based on a person's actual or perceived transgender status or gender nonconformity are to be handled in the same manner as other discrimination, harassment, and bullying complaints.

3. **Student Privacy, Names and Pronouns, and Official School Records**

Certain records and personally-identifiable information related to the student's gender status or biological sex may be protected not only as an education record, but also as a confidential medical or patient health care record. The District further recognizes that a student may have a strong individual interest in maintaining the privacy of his/her transgender status or his/her gender nonconforming presentation at school. Accordingly, in addition to adhering to all legal standards of confidentiality, school personnel with knowledge of any student's transgender status or gender nonconforming presentation are expected to treat that information as being particularly sensitive, even internally among

school staff and school officials. District employees are expected to refer any questions they may have about student privacy and possible disclosures of a student's transgender or gender nonconforming status to the Executive Director of Curriculum, Instruction and Pupil Services or designee. The District strongly encourages transgender and gender nonconforming students and their families to maintain ongoing communication with the school employees who are working directly with the student in order to address, among other issues, relevant privacy concerns and privacy preferences.

When referring to students at school and in connection with school activities, school personnel will normally use the student's legal name and the pronouns that correspond to the student's biological sex assigned at birth. However, an adult student or the parent/guardian of a minor student may determine the name and gender pronouns that school employees will use to address the student at school and in connection with school-related activities. A court-ordered name change or medical treatment or medical procedure is not required to initiate such a request. Upon being informed that a student intends to regularly use a particular name and/or prefers to be addressed using particular pronouns that correspond to the student's gender identity, school personnel are expected to respect that decision.

The District's approach of respecting a student's decision to regularly use a name and the pronouns that correspond to the student's gender identity is not a commitment to change all existing school records in order to reflect those preferences. Further, there may be situations where the District is required to use or report the legal name or biological sex of the student as that data is reflected in the District's official records. The extent to which official records of the District are modified will depend on a case-by-case evaluation of the information that the District receives and the type(s) of school records affected by the information that is received. For example, when a student changes his/her legal name and that change is sufficiently substantiated, the District will issue a high school transcript under the student's new legal name.

4. **Restroom and Locker Room Accessibility**

In most cases, a student who is transgender will be permitted to access the men's/women's segregated restrooms that correspond to the gender identity that the student consistently asserts at school and in other social environments. Any student who has a need or desire for increased privacy, regardless of the underlying reason, may be provided with access to a single-access restroom where such a facility is reasonably available, but no student shall be required to use such a restroom because of the student's transgender or gender nonconforming status.

If a transgender student makes any request regarding the use of locker rooms or any similar type of changing area, the request shall be assessed on a case-by-case basis with the goals of: (a) facilitating the transgender student's access to the District's physical education curriculum and other relevant programs; (b) ensuring adequate student privacy and safety; and (c) minimizing stigmatization of the transgender student. The physical layout of the facility and the degree of undress required when changing for the applicable activity are examples of factors that will be considered in making the arrangements. There is no absolute rule that, in all cases, will require a transgender student to access and use only the locker rooms and other changing areas that correspond to the biological sex that the student was assigned at birth.

Any student who has a need or desire for increased privacy, regardless of the underlying reason, may be provided (to the extent reasonably available) with a reasonable alternative changing area (for example, a nearby restroom stall with a door, an area separated by a curtain, a physical education teacher's office in the locker room, or a nearby single-access restroom) or provided with an alternative changing schedule. Any alternative arrangement should be provided in a way that gives adequate consideration to relevant privacy concerns.

These guidelines related to restrooms and changing areas generally assume that a student has a special concern or

is in some way uncomfortable with consistently using the facilities that correspond to the biological sex that the student was assigned at birth. However, all students have the option of consistently accessing the facilities that correspond to the biological sex that the student was assigned at birth. Accordingly, the District's willingness to address individualized concerns and requests that relate to restroom and changing area access does not mean that any student is required to establish an individualized arrangement or plan with the school.

5. **Participation in Physical Education Classes and Sports Activities**

   A student who is transgender shall be permitted to participate in physical education classes and intramural sports in a manner consistent with the gender identity that the student regularly asserts at school and in other social environments.

   Students who are transgender shall be permitted to participate in interscholastic athletics in a manner consistent with the requirements and policies of the Wisconsin Interscholastic Athletics Association (WIAA).

6. **Dress Codes**

   Within the constraints of the District's dress code policy and dress codes adopted by the school, students may dress in accordance with their gender identity. School personnel shall not enforce a dress code more strictly against transgender and gender nonconforming students than other students.


CROSS REF.:  341.31, Human Growth and Development
                      Instruction
             347 Guideline, Guidelines and Confidentiality
                      of Student Records
             411.1, Student Harassment
             443.1, Student Dress
             443.71, Bullying
             WIAA Transgender Athlete Policy



REVIEWED: February 25, 2014