# EXHIBIT G

# KUSD, Registration Information



Home | Staff Directory | Lunch Menus | Employment

Kenosha Unified School District

*Mission:* Provide excellent, challenging learning opportunities and experiences that prepare each student for success.

SEARCH

- SCHOOL WEBSITES

ABOUT | BOARD OF EDUCATION | EVENTS | DEPARTMENTS | REGISTRATION | SCHOOLS | LIBRARY

# REGISTRATION

**Current Family? Register within Infinite Campus. »**
*For families who already have a child attending a KUSD school.*

**New to the District? Register here. »**
*For families who do not have an existing child in KUSD.*

**After you register online - your enrollment is not complete until you do the following:**
In order for your enrollment to be complete, you must now visit the school your student will be attending and provide the following:

- Proof of residency *One or more items may be requested by your school to verify proof of residency
  - CURRENT WE Energies Bill
  - CURRENT Title/Mortgage Information
  - CURRENT Lease Agreement
- Birth Certificate or Passport
- Immunization Records.
- Health, Dental, and/or Kindergarten Screening Forms
  **You can download and print these forms by scrolling down on this page. ↓**

## Important Links

- **2016-17 Building Registration Dates**
- Online Enrollment Information for 2016-17
- Fees
- Payment Center - pay fees online
- Summer School
- Open Enrollment
- WI Home-based Education Program (Homeschool)

### All Students

| Form | English | Spanish |
|---|---|---|
| Affidavit of Residency | residency-affidavit.pdf | |
| Enrollment/Emergency Form | enrollment-emergency.pdf | enrollment-emergency-sp.pdf |
| Medication Authorization Form | ma.pdf | ma_sp.pdf |
| Parent Permission to Obtain or Release Information | obtain_release_info.pdf | |
| Parent Request for Transportation Change | transportation_change.pdf | |
| Release of Pupil Records - Elementary & Middle | records-request-el-ms.pdf | |
| Release of Pupil Records - High School | records-request-hs.pdf | |
| School Supply List - Early Education through Middle School | supply-list.pdf | supply-list-sp.pdf |
| Regular Ed - Transportation Change Request | transportation-change.pdf | |
| Special Ed - Transportation Change Request | special-ed-transportation-change.pdf | |

### Early Education

| Form | English | Spanish |
|---|---|---|
| 4K & Kindergarten Registration 2016-17 | 4K Kin Registration.pdf | 4K Kin Registration-sp.pdf |
| Certification Attesting To Age of Child | certification-age-child.pdf | certification-age-child-sp.pdf |
| Dental Examination Record | dental-exam-record.pdf | |
| Health Examination Record | health-exam-record.pdf | |
| Student Immunization Record | immunization-record.pdf | immunization-record-spanish.pdf |

| Kindergarten | | |
|---|---|---|
| Form | English | Spanish |
| 4K & Kindergarten Registration 2016-17 | 4K Kin Registration.pdf | 4K Kin Registration-sp.pdf |
| Dental Examination Record | dental-exam-record.pdf | |
| Health Examination Record | health-exam-record.pdf | |
| Certification Attesting To Age of Child | certification-age-child.pdf | certification-age-child-sp.pdf |
| Kindergarten Screening Letter | kindergarten-screening-letter.pdf | kindergarten-screening-letter-sp.pdf |
| Kindergarten Screening Information Form | kindergarten-screening-form.pdf | kindergarten-screening-form-sp.pdf |

| Middle | | |
|---|---|---|
| Form | English | Spanish |
| 6th Grade Course Requests - 2016-17 | 6th-grade-course-request.pdf | 6th-grade-course-request-spanish.pdf |

| High | |
|---|---|
| Form | English |
| High School Course Catalog | hs-course-catalog.pdf |

| Immunizations | | |
|---|---|---|
| Form | English | Spanish |
| Meningococcal Disease: Protect Your Child | meningococcal.pdf | meningococcal-sp.pdf |
| New Vaccination Guidelines - VFC Eligibility | vfc.pdf | vfc-spanish.pdf |
| Kenosha County Division of Health Clinic Schedule | kcdh-schedule.pdf | kcdh-schedule-sp.pdf |
| Student Immunization Record | immunization-record.pdf | immunization-record-spanish.pdf |
| Student Immunization Law - Age/Grade Requirements | immunization-age-grade.pdf | immunization-age-grade-sp.pdf |
| Tdap Requirements for 6-12 Grades - Parent Fact Sheet | tdap-fact-sheet.pdf | tdap-fact-sheet-sp.pdf |

Contact Us
Payment Center
Building Rental Permits

©2016 Kenosha Unified School District

KENOSHA UNIFIED SCHOOL DISTRICT    Educational Support Center    3600 52nd Street, Kenosha, WI 53144    P: 262-359-6300    E: info@kusd.edu