UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ASHTON WHITAKER, a minor, by his mother and next friend, MELISSA WHITAKER,<br><br>                 Plaintiff,<br><br>   v.<br><br>KENOSHA UNIFIED SCHOOL DISTRICT NO. 1 BOARD OF EDUCATION, *et al.*,<br><br>                 Defendants. | Civ. Action No. 2:16-cv-00943-PP<br>Judge Pamela Pepper |

**MOTION TO SET RULE 16 SCHEDULING CONFERENCE**

Pursuant to Federal Rules of Civil Procedure 16 and 26(f), and Civil Local Rules 16(a) and 26(a), Plaintiff Ashton Whitaker respectfully moves the Court to set a scheduling conference no later than 30 days from the date of this motion to set a schedule for discovery and trial. Given both sides' interest in resolving this litigation on the merits as soon as possible, all parties' interests will be served by commencing discovery soon. Accordingly, Plaintiff respectfully submits that discovery should proceed during the pendency of Defendants' appeal of the preliminary injunction issued by this Court on September 20, 2016.[1] If this motion is granted, Plaintiff will submit a proposed Fed. R. Civ. P. 26(f) discovery and scheduling plan prior to the scheduling conference for the Court's review and consideration.

---

[1] Defendants also have petitioned the Seventh Circuit to permit an interlocutory appeal from this Court's denial of their motion to dismiss. However, in light of the Court's decision amending the motion to dismiss order to remove language certifying that order for interlocutory appeal, it is Plaintiff's position that Defendants' petition for an interlocutory appeal now lacks any jurisdictional basis. Plaintiffs will respond to Defendants' petition for interlocutory appeal by the October 11, 2016 deadline set by the Seventh Circuit.

Dated: October 4, 2016

Ilona M. Turner*
Alison Pennington*
Sasha J. Buchert*
Shawn Thomas Meerkamper*
TRANSGENDER LAW CENTER
1629 Telegraph Avenue, Suite 400
Oakland, CA 94612
Phone: (415) 865-0176
Fax:    (877) 847-1278
ilona@transgenderlawcenter.org
alison@transgenderlawcenter.org
sasha@transgenderlawcenter.org
shawn@transgenderlawcenter.org

Robert (Rock) Theine Pledl
PLEDL & COHN, S.C.
1110 N. Old World Third Street, Suite 215
Milwaukee, WI 53203
Phone: (414) 225-8999
Fax:    (414) 225-8987
rtp@pledlcohn.com

*Application for admission to this Court pending*

Respectfully submitted,

/s Joseph J. Wardenski
Joseph J. Wardenski
Michael Allen
RELMAN, DANE & COLFAX PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036
Phone: (202) 728-1888
Fax:    (202) 728-0848
jwardenski@relmanlaw.com
mallen@relmanlaw.com