UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ASHTON WHITAKER,

        Plaintiff,

v.                                   Case No. 16-cv-943-pp

KENOSHA UNIFIED SCHOOL DISTRICT
NO. 1 BOARD OF EDUCATION,

        Defendant.

---

**ORDER GRANTING PARTIES' JOINT MOTION TO APPROVE CONSENT JUDGMENT (DKT. NO. 91), DIRECTING CLERK'S OFFICE TO CLOSE THE CASE FOR ADMINISTRATIVE PURPOSES, VACATING ALL DEADLINES, AND DENYING AS MOOT ALL PENDING MOTIONS (DKT. NOS. 75, 84)**

---

On December 27, 2017, the plaintiff notified the court in writing that the parties had reached a settlement. Dkt. No. 90. The next day, the court issued a text-only order, requiring that, by January 29, 2018, the parties must file either a joint motion for approval of the consent judgment or a status report indicating why they hadn't filed such a motion. On January 22, 2018, the parties filed a joint motion asking the court to approve and enter their proposed consent judgment (dkt. no. 91-1) and to vacate all pending deadlines and motions. Dkt. No. 91.

The court **GRANTS** the joint motion to approve consent judgment. Dkt. No. 91. The court will sign and docket the consent judgment (dkt. no. 91-1) as a separate docket entry. The court **ORDERS** that once the consent judgment has been docketed, the clerk's office shall administratively close the case. The

1

court **VACATES** all pending deadlines, and **DENIES AS MOOT** the plaintiff's motion to compel discovery (dkt. no. 75) and the defendants' motion for judgment on the pleadings (dkt. no. 84).

Dated in Milwaukee, Wisconsin this 23rd day of January, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**